# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4645
_____

KISSIMMEE & TOHOPEKALIGA
WATER AUTHORITY and
PREFERRED GOVERNMENTAL
CLAIM SOLUTIONS,

    Appellants,

    v.

JEFFREY WEED,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident:  November 20, 2016.

July 27, 2018

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kristen L. Magana of Broussard, Cullen & Blastic, P.A., Orlando, for Appellants.

James Robert Spears of Law Office of James Spears, PLLC, Orlando, for Appellee.